UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ROBERTO JULIA,

    Plaintiff,

    v.                                CIVIL NO. 96-1768 (DRD)

JANSSEN, INC., et al.,

    Defendants.

## ORDER

Given the status of this case and that this case has been pending for over three years, the parties are hereby **ORDERED** to attend a **Pretrial Conference** to be held in Chamber's on **May 25, 2000 at 9:00 a.m.**, with a Trial to follow shortly thereafter.

IT IS SO ORDERED.

Date: March 31, 2000

P\PEACHORD ERS\96-1768 PTC

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:    EOD:

By: _____ # 45