UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: May 25, 2000 |

**CIVIL NO. 96-1768 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================

ROBERTO JULIA                              Attorneys: Carlos DEL VALLE-CRUZ

   Plaintiff

v.

JANSSEN, INC., et al.                      Radamés TORRUELLA
                                                              María JUAN-URRUTIA

   Defendants

===================================================================

Status Conference is held in chambers. Settlement was explored. After offers were exchanged and defendants consulted with their clients, the parties inform that case has been settled. The Court grants the parties until June 30, 2000 to file the appropriate motion with the terms of the settlement.

                                                             COURTROOM DEPUTY

s/c: Counsel of record