UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO JULIA

    Plaintiff

    v.                            CIVIL NO. 96-1768 (DRD)

JANSSEN, INC., ERNESTO RAMOS,
CARMEN RODRIGUEZ

    Defendants

| MOTION | RULING |
|---|---|
| **Date** Filed: 06/23/00  Docket # 48<br>[X] Plffs    [X] Defts<br>[ ] Other<br><br>**Title:** STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | **ORDER**<br><br>GRANTED. The Court hereby approves the parties' request for dismissal of the above-captioned Complaint. Dismissal is granted **WITH PREJUDICE BUT WITHOUT IMPOSITION OF COSTS OR ATTORNEYS FEES.** |

DATE: June 29, 2000

                                    DANIEL R. DOMINGUEZ
                                    U.S. DISTRICT JUDGE

N:\97-1563.VOL