UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO JULIA

    Plaintiff

    v.                                        CIVIL NO. 96-1768 (DRD)

JANSSEN, INC., ERNESTO RAMOS,
CARMEN RODRIGUEZ

    Defendants

## JUDGMENT

The Court, having approved on this same date the parties' stipulation for voluntary dismissal with prejudice, hereby enters judgment dismissing this action against defendants **with prejudice** but without imposition of costs, expenses or attorneys' fees.

Date: June 30, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:     EOD:

By:     # 50

N:\97-1563.VOL